**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SUBPOENA ISSUED IN:<br><br>*MWK Recruiting, Inc. v. Jowers, et al.*<br>pending in the U.S. District Court for the<br>Western District of Texas,<br>Case No. 1:18-cv-00444-RP | Misc No. 1:21-mc-00194<br><br>**ORAL ARGUMENT REQUESTED** |
| BREAKING MEDIA INC.<br>dba ABOVE THE LAW,<br><br>                    Petitioner,<br><br>          -against-<br><br>EVAN P. JOWERS,<br><br>                  Respondent. | |

**NOTICE OF MOTION TO QUASH NON-PARTY SUBPOENA ON GROUNDS OF,**
**AMONG OTHERS, REPORTERS' PRIVILEGE**

PLEASE TAKE NOTICE that, upon 1) the accompanying Declaration David S.

Korzenik and exhibits annexed to it, 2) the accompanying Memorandum of Law, and 3) all prior

proceedings, Petitioner Breaking Media, Inc., publisher of *AboveTheLaw.com* ("Petitioner"), by

its attorneys, Miller Korzenik Sommers Rayman LLP, will move this Court as soon as counsel

can be heard, for an Order (i) quashing the subpoena ("Subpoena" attached as Exhibit A to the

Declaration of David S. Korzenik) served on Petitioner by Respondent Evan P. Jowers

("Respondent") in connection with the case *MWK Recruiting, Inc. v. Jowers et al.*, pending in the

U.S. District Court for the Western District of Texas (Case No. 1:18-cv-00444-RP) pursuant to

Fed. R. Civ. P. 45(d)(3); (ii) awarding Petitioner its reasonable expenses and attorneys' fees

incurred in responding to the Subpoena pursuant to Fed. R. Civ. P. 45(d)(1); and (iii) awarding

such other and further relief as the Court deems just and proper.  Petitioner respectfully requests

that the Court hold oral argument on this Motion.


DATED:  New York, New York                    MILLER KORZENIK SOMMERS RAYMAN LLP
              February 17, 2021


                                                          By: /s/ David S. Korzenik
                                                                David S. Korzenik
                                                                Terence P. Keegan
                                                                Zachary M. Press
                                                                1501 Broadway, Suite 2015
                                                                New York, New York 10036
                                                                Tel: (212) 752-9200
                                                                dkorzenik@mkslex.com

                                                                *Attorneys for Peitioner*
                                                                *Breaking Media Inc dba "Above The Law"*