# EXHIBIT B

**Subject:** Jowers - Breaking Media - Draft Stipulation
**Date:** Monday, February 15, 2021 at 6:32:56 PM Eastern Standard Time
**From:** David Korzenik
**To:** rtauler@taulersmith.com
**CC:** Zachary Press
**Attachments:** 21-02-15 DRAFT Stipulation Above the Law - Jowers.docx

Robert:
I think this picks up the points of our discussion.
The dates are suggested dates, but they fit with the time that will likely be needed.
Please sign and return if it looks ok to you or give me a call at your earliest if you wish to discuss it.
Best. -  David

David S. Korzenik
Miller Korzenik Sommers Rayman LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
Tel.: 212-752-9200
**Cell: 917-903-8779**
Fax: 212-688-3996
dkorzenik@mkslex.com
MKSR.Law

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA INC. dba ABOVE THE LAW,<br><br>       Petitioner,<br><br> -against-<br><br>EVAN P. JOWERS,<br><br>       Respondent.<br><br>Re:  Subpoena Issued in,<br>*MWK Recruting, Inc. v.*<br>*Evan P. Jowers, et al*<br>U.S. District Court<br>Western District of Texas | Case No.1: __-mc-_____ (___)<br><br>Associated Case: 1:18-cv-00444 (W.D.TX)<br><br>**STIPULATION RE SUBPOENA, MEET & CONFER TIMING AND SCHEDULING OF BRIEFING ON MOTIONS THAT MAY FOLLOW** |

  **Respondent Evan P. Jowers** ("Respondent" or "Jowers") through his counsel, Tauler Smith LLP, issued a Subpoena dated February 1, 2021 to non-party **Petitioner Breaking Media, Inc.,** publisher of *Above the Law* ("Petitioner" or "ATL") seeking the production of certain documents and a deposition of Petitioner all to be complied with by February 18, 2021 at 12:00pm. (the "Subpoena"). Respondent claims to have served his Subpoena on Friday, Feb. 5, 2021 at ATL's offices at 611 Broadway, New York, NY 10012. The Supoena sets its place for compliance in the Southern District of New York at 77 Water Street, New York, NY 10005. Through their counsel, identified below, Petitioner ATL and Respondent Jowers stipulate and agree as follows:

1. A copy of the Subpoena is attached as "Exhibit A";

2. The parties require time to comply with their Meet and Confer obligations under FRCP 45 and 30(b)6 and under the local rules of SDNY which require counsel to meet and confer in good faith before any motions regarding discovery are filed.

2

3. To allow time for the Meet and Confer and to schedule filing and briefing of motions to quash or compel in the event that the Meet and Confer does not result in a resolution of the issues presented by the Subpoena, the parties agree to the following schedule:

   a. Petitioner's and Respondent's counsel will Meet and Confer regarding the Subpoena between now and Tuesday **February 23, 2021** to see if they can avoid the necessity of motion practice and come to a resolution of the matter without court assistance.

   b. Petitioner's time to comply, object or otherwise respond to the Subpoena is hereby extended to and including **March 2, 2021**.

   c. In the event that the parties are unable to resolve the matter through their Meet and Confer efforts, Petitioner may object and/or file a motion to quash on or before **March 2, 2021**; Respondent may oppose said motion to quash and/or cross move to compel on or before **March 9, 2021**; and Petitioner may Reply to such opposition and/or Cross-motion on or before **March 16, 2021**.

4. If Petitioner agrees to provide any responsive materials, Petitioner may do so by furnishing electronic copies by email to counsel for Respondent.

The parties may exchange signatures in counterparts and electronically in PDF form.

Dated:  February 15, 2020

MILLER KORZENIKS SOMMERS RAYMAN LLP

By: _____
David S. Korzenik
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
dkorzenik@mkslex.com
212-752-9200
Attorney for Petitioner
Breaking Media, Inc. (*Above the Law*)


TAULER SMITH LLP

By: _____
Robert Tauler, Esq.
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
213-927-9270
rtauler@taulersmith.com
Attorneys for Respondent
Evan P. Jowers