UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA ISSUED IN:<br><br>*MWK Recruiting, Inc. v. Jowers, et al.*<br>pending in the U.S. District Court for the<br>Western District of Texas,<br>Case No. 1:18-cv-00444-RP<br><br>BREAKING MEDIA, INC.<br>dba ABOVE THE LAW,<br><br>                               Petitioner,<br><br>          -against-<br><br>EVAN P. JOWERS,<br><br>                               Respondent. | Misc No. 1:21-mc-00194<br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Breaking Media, Inc. d/b/a Above the Law ("the Company"), by its undersigned counsel, certifies that (i) it is a private non-governmental entity that is not owned by a parent corporation and (ii) no publicly held corporation owns 10 percent or more of the Company.

Dated: New York, New York
       February 18, 2021

MILLER KORZENIK SOMMERS RAYMAN LLP

By: /s/ David S. Korzenik
David S. Korzenik
dkorzenik@mkslex.com
1501 Broadway, Suite 2015
New York, New York 10036
Phone: (212) 752-9200

*Attorneys for Breaking Media, Inc.
d/b/a Above the Law*