UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA, INC.,<br><br>                    Petitioner,<br><br>        -v.-<br><br>EVAN P. JOWERS,<br><br>                    Respondent. | 21 Misc. 194 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Petitioner's motion pursuant to Fed. R. Civ. P. 45 to quash a non-party subpoena issued to it by Respondent. (*See* Dkt. #1-3). Given the time-sensitive nature of this motion, Petitioner's obligation to comply with the subpoena is hereby STAYED pending further order of the Court. Petitioner has requested leave to submit supplemental briefing in support of its motion to quash. That request is GRANTED. Petitioner shall file its supplemental briefing on or by February 25, 2021. Respondent shall file its opposition on or by March 4, 2021.

    SO ORDERED.

Dated:      February 18, 2021
            New York, New York

                                                            _____
                                                            KATHERINE POLK FAILLA
                                                            United States District Judge