UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA ISSUED IN:<br><br>*MWK Recruiting, Inc. v. Jowers, et al.*<br>pending in the U.S. District Court for the Western District of Texas,<br>Case No. 1:18-cv-00444-RP | Misc No. 1:21-mc-00194 |
| BREAKING MEDIA, INC.<br>dba ABOVE THE LAW,<br><br>                              Petitioner,<br><br>             -against-<br><br>EVAN P. JOWERS,<br><br>                              Respondent. | **NOTICE OF APPERANCE** |

PLEASE TAKE NOTICE, that the below named attorney appears for Breaking Media, Inc., d/b/a/ Above The Law ("Petitioner"), and hereby requests that a copy of all pleadings, notices and other papers in this proceeding be served upon counsel. In so appearing, Petitioner reserves, and does not waive, any and all defenses and objections.

| | |
|---|---|
| Dated: New York, New York<br>           February 18, 2021 | MILLER KORZENIK SOMMERS RAYMAN LLP<br><br>By:    /s/ David S. Korzenik<br>David S. Korzenik<br>1501 Broadway, Suite 2015<br>New York, New York 10036<br>Phone: (212) 752-9200<br>dkorzenik@mkslex.com<br>*Attorneys for Breaking Media, Inc.*<br>*d/b/a Above The Law* |