# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

February 25, 2021

*Via ECF*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007

  Re: *Breaking Media, Inc. dba Above The Law v. Jowers*, 21-mc-00194-KPF
    <u>Request on Consent To Extend Briefing Dates Re: Motion To Quash</u>

Dear Judge Failla:

  We represent Petitioner Breaking Media, Inc., publisher of *AboveTheLaw.com*. We write with the consent of Respondent Evan Jowers' counsel to request that Petitioner's time to supplement its briefing be extended one week from February 25, 2021 to **March 4, 2021**; that Respondent's time to file its Opposition or Cross-Motion be extended one week to **March 11, 2021**, that Petitioner's time to reply and/or oppose be extended to **March 18, 2021,** and that the Court's stay (ECF No. 8) be continued pending further ruling.

  Since Your Honor's Order last week, the parties have been conferring in an effort to narrow the issues between them.  To assist them in doing so, the parties request that the Court approve and So Order their stipulation regarding the Motion To Quash briefing schedule, which reflects the above dates (*see* ECF No. 10).

  The requested extension would not affect any other scheduled dates.

           Respectfully,

           /s/David S. Korzenik
           David S. Korzenik

cc: Counsel via ECF