**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SUBPOENA ISSUED IN:<br><br>*MWK Recruiting, Inc. v. Jowers, et al.*<br>pending in the U.S. District Court for the Western District of Texas,<br>Case No. 1:18-cv-00444-RP | Misc No. 1:21-mc-00194-KPF |
| BREAKING MEDIA, INC.<br>dba ABOVE THE LAW,<br><br>                Petitioner,<br><br>            -against-<br><br>EVAN P. JOWERS,<br><br>                Respondent. | **STIPULATION RE SUBPOENA, AND SCHEDULING OF BRIEFING ON <u>MOTION TO QUASH</u>** |

Counsel to the parties, **Petitioner Breaking Media, Inc.,** publisher of *Above the Law*("Petitioner" or "ATL") and **Respondent Evan P. Jowers** ("Respondent" or "Jowers") stipulate and agree as follows. They request that the Court approve and So Order this Stipulation.

**Respondent Jowers** through his counsel, Tauler Smith LLP, issued a Subpoena to non-party **Petitioner Breaking Media, Inc.,** publisher of *Above the Law* ("Petitioner" or "ATL") seeking the production of certain documents and a deposition of Petitioner to be complied with by *February 18, 2021* at 12:00pm (the "Subpoena").

Petitioner ATL moved to quash the Subpoena on *February 17, 2021.* On *February 18, 2021* the Court stayed Petitioner's obligation to comply with the Subpoena pending further order of the Court, allowed Petitioner ATL to file its supplemental briefing on *February 25, 2021* and set Respondent's to file its Opposition on or before *March 4, 2021.*

Since then the parties have been conferring in an effort to narrow the issues between them. To assist them in doing so, the parties agree that Peitioner's time to supplement its briefing be extended one week to *March 4, 2021*, that Respondent's time to file its Opposition or Cross-Motion be extended one week to *March 11, 2021,* that Petitioner's time to Reply and or Oppose is extended to *March 18, 2021* and that the stay be continued pending further ruling of the Court.

The parties respectfully request that the Court So Order this Stipulation.

Dated: February 24, 2021

MILLER KORZENIK SOMMERS RAYMAN LLP

By: _____
David S. Korzenik
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
dkorzenik@mkslex.com
212-752-9200
Attorney for Petitioner
Breaking Media, Inc. (*Above the Law*)

TAULER SMITH LLP

By: _____
Robert Tauler, Esq.
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
213-927-9270
rtauler@taulersmith.com
Attorneys for Respondent
Evan P. Jowers

Application GRANTED.  The Clerk of Court is directed to terminate the
motion pending at docket entry 11.

Dated:    February 25, 2021
          New York, New York

SO ORDERED.

_Katherine Polk Failla_

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2