UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA ISSUED IN:<br><br>*MWK Recruiting, Inc. v. Jowers, et al.*, pending in the U.S. District Court for the Western District of Texas, Case No. 1:18-cv-00444-RP<br><br>BREEAKING MEDIA, INC. dba ABOVE THE LAW,<br><br>                  Petitioner,<br><br>     -against-<br><br>EVAN P. JOWERS,<br><br>                  Respondent. | Misc No. 1:21-mc-00194-KPF<br><br>**ORAL ARGUMENT REQUESTED** |

**AMENDED NOTICE OF MOTION TO QUASH NON-PARTY SUBPOENA ON GROUNDS OF, AMONG OTHERS, REPORTER'S PRIVILEGE**

PLEASE TAKE NOTICE that, upon 1) the accompanying Declaration of John Lerner, 2) the accompanying Declaration of David S. Korzenik and exhibits annexed to it, 3) the accompanying Amended Memorandum of Law, and 4) all prior proceedings, Petitioner Breaking Media, Inc., publisher of *AboveTheLaw.com* ("Petitioner"), by its attorneys, Miller Korzenik Sommers Rayman LLP, will move this Court as soon as counsel can be heard, for an Order (i) quashing the subpoena ("Subpoena" attached as Exhibit A to the Declaration of David S. Korzenik) served on Petitioner by Respondent Evan P. Jowers ("Respondent") in connection with the case *MWK Recruiting, Inc. v. Jowers, et al.*, pending in the U.S. District Court for the Western District of Texas (Case No. 1:18-cv-00444-RP) pursuant to Fed. R. Civ. P. 45(d)(3); (ii) awarding Petitioner its reasonable expenses and attorneys' fees incurred in responding to the Subpoena pursuant to Fed. R. Civ. P. 45(d)(1); and (iii) awarding such other and further relief as

the Court deems just and proper.  Petitioner respectfully requests that the Court hold oral argument on this Motion.

DATED:  New York, New York  
          March 4, 2021

MILLER KORZENIK SOMMERS RAYMAN LLP

By: /s/ David S. Korzenik  
    David S. Korzenik  
    Terence P. Keegan  
    Zachary M. Press  
    1501 Broadway, Suite 2015  
    New York, New York 10036  
    Tel: (212) 752-9200  
    dkorzenik@mkslex.com

*Attorneys for Petitioner Breaking Media, Inc. d/b/a Above The Law*