# EXHIBIT C

# USPS Tracking®

**FAQs** >

## Track Another Package  +

**Tracking Number:** 9414811899560457181924

Remove ✕

Your item was delivered to an individual at the address at 8:47 am on February 11, 2021 in NEW YORK, NY 10012.

## ⊘ Delivered

February 11, 2021 at 8:47 am
Delivered, Left with Individual
NEW YORK, NY 10012

**Get Updates** ∨

---

**Text & Email Updates**      ∨

---

**Return Receipt Electronic**      ∨

---

**Tracking History**      ∧

February 11, 2021, 8:47 am
Delivered, Left with Individual
NEW YORK, NY 10012
Your item was delivered to an individual at the address at 8:47 am on February 11, 2021 in NEW YORK, NY 10012.

February 11, 2021, 2:00 am
Departed USPS Regional Destination Facility
NEW YORK NY DISTRIBUTION CENTER

February 10, 2021, 11:59 am
Arrived at USPS Regional Destination Facility
NEW YORK NY DISTRIBUTION CENTER

February 9, 2021
In Transit to Next Facility

February 8, 2021, 10:28 pm
Arrived at USPS Regional Origin Facility
LOS ANGELES CA DISTRIBUTION CENTER

February 8, 2021, 9:13 pm
Accepted at USPS Origin Facility
LOS ANGELES, CA 90017

February 4, 2021, 9:08 pm
Shipping Label Created, USPS Awaiting Item
LOS ANGELES, CA 90017

## Product Information ⌄

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**