UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA ISSUED IN:<br><br>*MWK Recruiting, Inc. v. Jowers, et al.*, pending in the U.S. District Court for the Western District of Texas,<br>Case No. 1:18-cv-00444-RP<br><br>BREAKING MEDIA, INC.<br>dba ABOVE THE LAW,<br><br>         Petitioner,<br><br>    -against-<br><br>EVAN P. JOWERS,<br><br>         Respondent. | Misc. No. 1:21-mc-00194-KPF<br><br>CERTIFICATE OF SERVICE |

  I hereby certify that on March 4, 2021, I caused to be electronically mailed to Respondent's counsel, Robert Tauler, Esq., the Notice of Motion To Quash Non-Party Subpoena; Lerner Declaration; Korzenik Declaration with Exhibits A, B, C; and Memorandum of Law filed in this action (ECF Nos. 13-16).

| | |
|---|---|
| Dated: New York, New York<br>    March 4, 2021 | MILLER KORZENIK SOMMERS RAYMAN LLP<br><br>By: /s/ David S. Korzenik<br>David S. Korzenik<br>dkorzenik@mkslex.com<br>1501 Broadway, Suite 2015<br>New York, New York 10036<br>Phone: (212) 752-9200<br><br>*Attorneys for Breaking Media, Inc.*<br>*d/b/a Above the Law* |