UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA INC.<br>dba ABOVE THE LAW,<br><br>                            Petitioner,<br><br>      -against-<br><br>EVAN P. JOWERS,<br><br>                            Respondent.<br><br>Re: Subpoena Issued in,<br>*MWK Recruting, Inc. v.*<br>*Evan P. Jowers, et al*<br>U.S. District Court<br>Western District of Texas | Misc No.1: 21-mc-00194-KPF<br><br>Associated Case: 1:18-cv-00444<br>(W.D.TX)<br><br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert Tauler hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Respondent Evan P. Jowers in the above-captioned action.

       An Affidavit of Robert Tauler, a Certificate of Good Standing from the state of California, and a Proposed Order on this Motion are filed concurrently.

Dated: March 5, 2021                            Respectfully Submitted,

                                                                                   _____
                                                                                  Robert Tauler, Esq. (CA Bar 241964)
                                                                                   Tauler Smith, LLP
                                                                                   626 Wilshire Blvd., Suite 510
                                                                                  Los Angeles, CA 90017
                                                                                  213-927-9270
                                                                                  rtauler@taulersmith.com