UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA INC.<br>dba ABOVE THE LAW,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　-against-<br><br>EVAN P. JOWERS,<br><br>　　　　　　　　　　　Respondent.<br><br>Re:  Subpoena Issued in,<br>*MWK Recruting, Inc. v.*<br>*Evan P. Jowers, et al*<br>U.S. District Court<br>Western District of Texas | Misc No.1: 21-mc-00194-KPF<br><br>Associated Case: 1:18-cv-00444<br>(W.D.TX)<br><br><br>**AFFIDAVIT OF ROBERT TAULER**<br>**IN SUPPORT OF MOTION FOR**<br>**ADMISSION *PRO HAC VICE*** |

I, Robert Tauler, hereby swear as follows:

1. I am a member in good standing of the bar of the state of California.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States and the laws of the State of New York that the foregoing is true and correct. Executed this 5th day of March, 2021, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Robert Tauler, Esq.

1