UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA INC.<br>dba ABOVE THE LAW,<br><br>        Petitioner,<br><br>   -against-<br><br>EVAN P. JOWERS,<br><br>        Respondent.<br><br>Re:  Subpoena Issued in,<br>*MWK Recruting, Inc. v.*<br>*Evan P. Jowers, et al*<br>U.S. District Court<br>Western District of Texas | Misc No.1: 21-mc-00194-KPF<br><br>Associated Case: 1:18-cv-00444 (W.D.TX)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

  The motion of Robert Tauler for Admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of California, and that his contact information is as follows:

  Robert Tauler, Esq.
  Tauler Smith LLP
  626 Wilshire Blvd., Suite 510
  Los Angeles, CA 90017
  213-927-9270

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Respondent Evan P. Jowers in the above entitled action, IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

  Dated:_____        _____

                       United States District/Magistrate Judge