UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA INC.<br>dba ABOVE THE LAW,<br><br>         Petitioner,<br><br>  -against-<br><br>EVAN P. JOWERS,<br><br>         Respondent.<br><br>Re:  Subpoena Issued in,<br>*MWK Recruting, Inc. v.*<br>*Evan P. Jowers, et al*<br>U.S. District Court<br>Western District of Texas | Misc No.1: 21-mc-00194-KPF<br><br>Associated Case: 1:18-cv-00444<br>(W.D.TX)<br><br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert Tauler hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Respondent Evan P. Jowers in the above-captioned action.

  An Affidavit of Robert Tauler, a Certificate of Good Standing from the Supreme Court of the State of Texas, and a Proposed Order on this Motion are filed concurrently.

Dated: March 11, 2021        Respectfully Submitted,

                     _____
                     Robert Tauler, Esq. (TX Bar 24122095)
                     Tauler Smith, LLP
                     100 Congress Ave., Suite 2000
                     Austin, TX 78701
                     512-456-8760
                     rtauler@taulersmith.com