UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA INC. dba ABOVE THE LAW,<br><br>                        Petitioner,<br><br>-against-<br><br>EVAN P. JOWERS,<br><br>                        Respondent.<br><br>Re:  Subpoena Issued in, *MWK Recruting, Inc. v. Evan P. Jowers, et al* U.S. District Court Western District of Texas | Misc No.1: 21-mc-00194-KPF<br><br>Associated Case: 1:18-cv-00444 (W.D.TX)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

      The motion of Robert Tauler for Admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Texas, and that his contact information is as follows:

      Robert Tauler, Esq.
      Tauler Smith LLP
      100 Congress Ave., Suite 2000
      Austin, TX 78701
      512-456-8760

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Respondent Evan P. Jowers in the above entitled action, IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                        _____

                                                                           United States District/Magistrate Judge