UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA INC.<br>dba ABOVE THE LAW,<br><br>                                                Petitioner,<br><br>                    -against-<br><br>EVAN P. JOWERS,<br><br>                                                Respondent.<br><br>Re:  Subpoena Issued in,<br>*MWK Recruting, Inc. v.*<br>*Evan P. Jowers, et al*<br>U.S. District Court<br>Western District of Texas | Misc No.1: 21-mc-00194-KPF<br><br>Associated Case: 1:18-cv-00444<br>(W.D.TX)<br><br><br>**AFFIDAVIT OF ROBERT TAULER**<br>**IN SUPPORT OF MOTION FOR**<br>**ADMISSION *PRO HAC VICE*** |

I, Robert Tauler, hereby swear as follows:

1.      I am a member in good standing of the bar of the state of Texas.

2.      I have never been convicted of a felony.

3.      I have never been censured, suspended, disbarred, or denied admission or

readmission by any court.

4.      There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States and the laws

of the State of New York that the foregoing is true and correct. Executed this 11th day of

March, 2021, at Los Angeles, California.

_____
Robert Tauler, Esq.

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

On 03/11/2021 before me, Betsy M. Tauler,

A Notary Public personally appeared _____ Robert Tauler _____

_____

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

> BETSY M. TAULER
> COMM. # 2189038
> NOTARY PUBLIC ● CALIFORNIA
> LOS ANGELES COUNTY
> Comm. Exp. MARCH 31, 2021
> MGC1   MGC1

(Seal)