UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA INC. dba ABOVE THE LAW,<br><br>                                   Petitioner,<br><br>-against-<br><br>EVAN P. JOWERS,<br><br>                                   Respondent.<br><br>Re: Subpoena Issued in,<br>*MWK Recruting, Inc. v.*<br>*Evan P. Jowers, et al*<br>U.S. District Court<br>Western District of Texas | Misc No.1: 21-mc-00194-KPF<br><br>Associated Case: 1:18-cv-00444 (W.D.TX)<br><br>**DECLARATION OF ROBERT TAULER IN SUPPORT OF OPPOSITION TO MOTION TO QUASH** |

**ROBERT TAULER** hereby declares pursuant to 28 U.S.C. §1746:

1.  I am a partner in the law firm of Tauler Smith LLP, attorneys for Respondent Evan P. Jowers ("Jowers").

2.  I make this Declaration in support of Jowers's Opposition to Petitioner Breaking Media, Inc.'s ("Breaking Media") Motion to Quash Non-Party Subpoena.

3.  Attached hereto as **Exhibit A** is a true and correct copy of an article titled "Judge Writes, 'To Say That This Case Is Trouble Is Like Saying 2020 Has Been Difficult,'" published by Above The Law on December 22, 2020.

4.  Attached hereto as **Exhibit B** is a true and correct copy of MWK Entities' Objections and Responses to Defendant/Counterclaimant's First Requests for Production, dated February 4, 2020, in the matter of *MWK Recruiting, Inc., v. Evan P. Jowers, et al.* (WD Tex. 1:18-cv-00444).

2

I affirm the truth of the statements herein under penalty of perjury.

                                                                 <u>/s/ Robert Tauler         </u>
                                                                 Robert Tauler

                                                                 Dated: March 11, 2021
                                                                 Los Angeles, California