## MILLER KORZENIK SOMMERS RAYMAN LLP
THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

April 19, 2021

*Via ECF*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007



Re: *Breaking Media, Inc. v. Jowers*, No. 1:21-mc-00194-KPF
Request On Consent for Extension of Time To File Fees Application

Dear Judge Failla,

On behalf of Petitioner Breaking Media, Inc., I write to request a one-week extension of time to submit our application for attorney fees and costs: moving the due date for our application from April 21, 2021 (*see* Dkt. No. 27, at 18) to **April 28, 2021**.

Prior to the Court's April 7 Order (Dkt. No. 27), my wife and I had obtained appointments to receive a second Covid-19 vaccination on April 20. From what I have heard and read about the second shot's potential after-effects, I expect I may be unable to work tomorrow and Wednesday on Petitioner's fees application (which we anticipate having to file).

Counsel for Respondent consents to the request, which is Petitioner's first. The requested extension would not affect any other scheduled dates. I appreciate Your Honor's consideration.

Respectfully,

/s/Terence P. Keegan
Terence P. Keegan

cc: Counsel of record via ECF

```
Application GRANTED.

Dated:    April 19, 2021         SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE