**MEMO ENDORSED**



Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
rtauler@taulersmith.com

May 12, 2021

**VIA ECF**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007

> Re:  ***Breaking Media, Inc. v. Jowers***, No. 1:21-mc-00194-KPF
> **Request On Consent for Extension of Time To File Opposition to Fees
> Application**

Dear Judge Failla:

On behalf of Respondent Evan P. Jowers, I write to request a six-day extension of time to submit our opposition to Petitioner's application for attorney fees and costs, moving the due date for our opposition from May 12, 2021 (*see* Dkt. No. 27 at 18) to **May 18, 2021**.

My associate helping with this matter has fallen ill due to the second coronavirus vaccine shot, and is unexpectedly unable to assist me. Counsel for Petitioner consents to the request, which is Respondent's first. The requested extension would not affect any other scheduled dates. I appreciate Your Honor's consideration.

Respectfully,

/s/ Robert Tauler
Robert Tauler

cc: Counsel of record via ECF

Application GRANTED.

Dated:    May 12, 2021
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE