# MILLER KORZENIK SOMMERS RAYMAN LLP
THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

May 21, 2021

*Via ECF*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007



Re:   *Breaking Media, Inc. v. Jowers*, No. 1:21-mc-00194-KPF
       Request for Leave To Reply to Respondent's Opposition Brief

Dear Judge Failla,

On behalf of Petitioner Breaking Media, Inc., dba Above the Law ("ATL"), we request leave to reply to the new items raised by Respondent in his May 18 opposition to ATL's fees application (Dkt. 34). We would do so by Tuesday, May 25. We appreciate Your Honor's consideration.

Respectfully,

/s/Terence P. Keegan
Terence P. Keegan

cc: Counsel of record via ECF

```
Application GRANTED.  Petitioner may file a letter brief, not to exceed five
pages, on or by May 25, 2021.

Dated:    May 21, 2021
          New York, New York
```

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE