UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA, INC.,<br><br>                     Petitioner,<br><br>               -v.-<br><br>EVAN P. JOWERS,<br><br>                     Respondent. | 21 Misc. 194 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for an oral decision on Petitioner's pending motion for attorneys' fees and costs on July 8, 2021, at 2:00 p.m.  At the scheduled time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note that the conference will not be available until 2:00 p.m.

      SO ORDERED.

Dated:     June 17, 2021
              New York, New York

                                                                    KATHERINE POLK FAILLA
                                                                    United States District Judge