UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREAKING MEDIA, INC.,

               Petitioner,

-v.-

EVAN P. JOWERS,

               Respondent.

21 Misc. 194 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The oral decision on Petitioner's pending motion for attorneys' fees and costs, scheduled for July 8, 2021, is hereby ADJOURNED to 2:30 p.m the same day. At the scheduled time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note that the conference will not be available until 2:30 p.m.

    SO ORDERED.

Dated:    July 1, 2021
              New York, New York

                                KATHERINE POLK FAILLA
                                United States District Judge