UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREAKING MEDIA, INC.,

                Petitioner,

-v.-

EVAN P. JOWERS,

                Respondent.

21 Misc. 194 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      By Opinion dated April 7, 2021, the Court granted Petitioner's motion to quash Respondent's subpoena and granted Petitioner's request for reasonable fees and expenses pursuant to Fed. R. Civ. P. 45(d)(1). *Breaking Media, Inc.* v. *Jowers*, No. 21 Misc. 194 (KPF), 2021 WL 1299108, at *7 (S.D.N.Y. Apr. 7, 2021). For the reasons articulated on the record on July 8, 2021, Petitioner is awarded $19,312.00 in fees and $106.17 in costs. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

      SO ORDERED.

Dated:    July 8, 2021
           New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge