**Subject:** Fwd: Activity in Case 1:21-mc-00194-KPF Breaking Media, Inc. v. Jowers Reply Memorandum of Law in Support of Motion
**Date:** Saturday, May 29, 2021 at 11:11:11 AM Eastern Daylight Time
**From:** Robert Tauler
**To:** David Korzenik, Terence Keegan, Zachary Press

Where is my "courtesy copy" you little wannabe tough guy tattle tales!?

You will regret listening to Robert Kinney. I will never quit until you are accountable for your fraud on the court, your lies to me, and your complicity in Kinney's plan to harm me personally for doing nothing but defending my client in a case in Texas.

The next two years will be painful for each of you. You should have done your research before you started slinging mud. Just remember that you started it.

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
(310) 590-3927
www.taulersmith.com

Begin forwarded message:

> **From:** NYSD_ECF_Pool@nysd.uscourts.gov
> **Date:** May 25, 2021 at 12:00:54 PM PDT
> **To:** CourtMail@nysd.uscourts.gov
> **Subject: Activity in Case 1:21-mc-00194-KPF Breaking Media, Inc. v. Jowers Reply Memorandum of Law in Support of Motion**
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Korzenik, David on 5/25/2021 at 3:00 PM EDT and filed on 5/25/2021

| | |
|---|---|
| **Case Name:** | Breaking Media, Inc. v. Jowers |
| **Case Number:** | 1:21-mc-00194-KPF |
| **Filer:** | Breaking Media, Inc. |
| **Document Number:** | 37 |

**Docket Text:**
**REPLY MEMORANDUM OF LAW in Support re: [35] LETTER MOTION for Leave to File Reply to [34] Respondent's Opposition Brief addressed to Judge Katherine Polk Failla from Terence P. Keegan dated May 21, 2021., [13] AMENDED MOTION to Quash Non-Party Subpoena . . Document filed by Breaking Media, Inc...(Korzenik, David)**

**1:21-mc-00194-KPF Notice has been electronically mailed to:**

David S. Korzenik     dkorzenik@mkslex.com, david-korzenik-7860@ecf.pacerpro.com, mona-houck-2382@ecf.pacerpro.com

Robert Tauler     rtauler@taulersmith.com, lstein@taulersmith.com, vsaryan@taulersmith.com

Terence Patrick Keegan     tkeegan@mkslex.com, terence-keegan-4503@ecf.pacerpro.com

**1:21-mc-00194-KPF Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/25/2021] [FileNumber=25945903-0] [5cc870dbd98301b0f35c3283e9d58e180f7e26380f0c98036b0acbb9985e257e9c 2c7416eccf21b9180db987de2bae4542a8d3ee0a1705aa72d731463eda3566]]