**Subject:** Re: Jowers Transcript
**Date:** Tuesday, July 20, 2021 at 6:02:08 PM Eastern Daylight Time
**From:** Robert Tauler
**To:** David Korzenik
**CC:** Luca Stein, Valerie Saryan, Terence Keegan, Zachary Press

Can you forward to me what they sent to you? No offense, but you don't seem trustworthy to me, especially since you didn't reveal the little castaway Robert Kinney you had listening in on the call, before he cowardly stayed silent when I pulled his card in front of the clerk. As the Skipper you must have been disappointed.

It's also important to me that I have the Judges words that your hours were "grossly exaggerated" in ink just as soon as possible. This will be the sentence they remember you (and your dishonest colleagues) by for the rest of their careers.

You should have never come at me. You made your choice, and now you will live with it. Never side with guys like Kinney without doing your homework.

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
(310) 590-3927
www.taulersmith.com

> On Jul 20, 2021, at 3:47 PM, David Korzenik <dkorzenik@mkslex.com> wrote:
>
> Southern District Reporters confirmed receipt of our request for a transcript on July 9. They will provide it within 30 days. We should have it the first week of August.
>
> David S. Korzenik
> Miller Korzenik Sommers Rayman LLP
> The Paramount Building
> 1501 Broadway, Suite 2015
> New York, NY 10036
> Tel.: 212-752-9200
> Cell: 917-903-8779
> Fax: 212-688-3996
> dkorzenik@mkslex.com
> MKSR.Law
>
> **From:** Robert Tauler <rtauler@taulersmith.com>
> **Date:** Tuesday, July 20, 2021 at 4:58 PM
> **To:** David Korzenik <dkorzenik@mkslex.com>, Luca Stein <lstein@taulersmith.com>, Valerie Saryan <vsaryan@taulersmith.com>
> **Cc:** Terence Keegan <tkeegan@mkslex.com>, Zachary Press <zpress@mkslex.com>

**Subject:** Jowers Transcript

Counsel,

The Court ordered that your side obtain a transcript of the oral ruling two weeks ago.  Have you done so?  If so, can you send it over?  We need it for the appeal.

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
(310) 590-3927
www.taulersmith.com