UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING MEDIA INC.<br>dba ABOVE THE LAW,<br><br>         Petitioner,<br><br>   -against-<br><br>EVAN P. JOWERS,<br><br>         Respondent.<br><br>Re:  Subpoena Issued in,<br>*MWK Recruiting, Inc. v.*<br>*Evan P. Jowers, et al*<br>U.S. District Court<br>Western District of Texas | Misc No. 1:21-mc-00194-KPF<br><br>Associated Case: 1:18-cv-00444<br>(W.D.TX)<br><br>**RESPONDENT'S NOTICE OF<br>APPEAL** |

## **NOTICE OF APPEAL**

Notice is hereby given that Respondent Evan P. Jowers ("Respondent" or "Jowers")

hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's

Order of April 7, 2021 [Dkt. 27], attached hereto as Exhibit A; and the Court's Order of July 8,

2021 [Dkt. 40], attached hereto as Exhibit B.


DATED: August 6, 2021                         TAULER SMITH LLP

                                              By:  */s/ Robert Tauler*_____
                                              Robert Tauler, Esq.
                                              626 Wilshire Blvd., Suite 510
                                              Los Angeles, CA 90017
                                              213-927-9270
                                              rtauler@taulersmith.com
                                              Attorneys for Respondent
                                              Evan P. Jowers

1