

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
rtauler@taulersmith.com

August 11, 2021

**Via ECF**
Hon. Katherine Polk Failla, U.S.D.J.
40 Foley Square, Room 2103
New York, NY 10007

Re: *Breaking Media, Inc. v. Jowers,* No. 1:21-mc-00194-KPF

Dear Judge Failla:

I write on behalf of Respondent Evan P. Jowers ("Respondent") and Petitioner Breaking Media Inc. ("Petitioner") to advise that the parties have agreed to a resolution in principal that will include Respondent's withdrawal of his Notice of Appeal. The parties also write to request that the Court adjourn Petitioner's pending motion to supplement the record and dismiss the action with leave to reopen the case in thirty (30) days if the parties have not filed their own notice of dismissal by such time.

I provided this letter to counsel for Petitioner in advance of its filing, and he concurs with its contents.

Respectfully,

/s/Robert Tauler
Robert Tauler, Esq.

cc: Counsel of record via ECF