

**MEMO ENDORSED**

Robert Tauler, Esq.<br>
Tauler Smith LLP<br>
626 Wilshire Blvd., Suite 510<br>
Los Angeles, CA 90017<br>
Tel: (310) 590-3927<br>
rtauler@taulersmith.com

August 11, 2021

**Via ECF**
Hon. Katherine Polk Failla, U.S.D.J.
40 Foley Square, Room 2103
New York, NY 10007

    Re: *Breaking Media, Inc. v. Jowers,* No. 1:21-mc-00194-KPF

Dear Judge Failla:

    I write on behalf of Respondent Evan P. Jowers ("Respondent") and Petitioner Breaking Media Inc. ("Petitioner") to advise that the parties have agreed to a resolution in principal that will include Respondent's withdrawal of his Notice of Appeal. The parties also write to request that the Court adjourn Petitioner's pending motion to supplement the record and dismiss the action with leave to reopen the case in thirty (30) days if the parties have not filed their own notice of dismissal by such time.

    I provided this letter to counsel for Petitioner in advance of its filing, and he concurs with its contents.

                                         Respectfully,

                                         /s/Robert Tauler
                                         Robert Tauler, Esq.

cc: Counsel of record via ECF

The Court is pleased to hear of the parties' resolution in principle of this matter.  Accordingly, the Clerk of Court is directed to terminate the motion pending at docket entry 41, as well as to withdraw Respondent's pending notice of appeal at docket entry 44.  The Court will issue an order of discontinuance under separate cover.

Date:     August 12, 2021          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE