**MANDATE**

N.Y.S.D. Case # 21-mc-0194(KPF)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand twenty-one,

Breaking Media, Inc.,

    Plaintiff - Appellee,

v.

Evan P. Jowers,

    Defendant - Appellant.

**ORDER**
Docket Number: 21-1949

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 24 2021

A notice of appeal was filed on August 09, 2021. Appellant's Form C, was due August 23, 2021. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 09, 2021 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/24/2021